# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW PAUL BOROWSKI,

    Plaintiff,

v.

MAUREEN P. BAIRD, *et al.*,

    Defendants.

Case No. 3:16-cv-00848-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: December 14, 2018

    **MARGARET M. ROBERTIE,**
    Clerk of Court

    BY:   s/Tina Gray
            Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**